Leonardo Burgos Valencia
No. 12308-196
Giles W. Dalby C.F.
805 North Ave. F
Post, TX 79356



04-03-2020

Hon. David Burry
405 W. Congress St
Tucson, AZ 85701

Dear Honorable Mr. Burry:

**RE: RELIEF REQUESTED**
**No. CR-05-00125-TUC_DCB_BPV**

I was sentenced in your district under the aforementioned case number. I am over the age of 65 years old and currently suffer from verious ailments that come with the advanced age in particular since I suffer from high blood pressure, and have only one working kidney due to cancer problems that I had in the past.

Unfortunately, I did not qualify for the two point reduction back in 2014, when the sentencing commission changed the drug quantity table guidelines. I have also applied for a treaty transfer 3 X now and have been denied.

I was sentenced for a drug conspiracy, in particular I decided to go to trial because of my disagreement with the role that the government assigned me and the factual innacuracies being stated by the Criminal Informants. My case was not a violent one and there was not victims involved.

At my advanced age, I do not pose a threat to the community

and studies by the sentencing commission show that I pose a zero threat to recidivism.

Additionally, I have served almost all of my sentence and only have a few remaining months left in my sentence.  At the moment there is a pandemic worldwide with the CORONAVIRUS and there have been reports in the BOP website that certain amount of staff and prisoners have been infected.  At my age, should this virus come into the prison where I am currently housed at it would be almost a death sentence because of my advanced age and medical pre-conditions.  It is only a matter of time for the virus to reach us and due to the close proximity and lack of porper medical care by the privately contracted facility there is no way of getting the proper medical care and the facility is not going to allow to go out for outside  medical care as they claim it is a  high risk.

My entire family live in Mexico and they cannot come to visit and should I get sick it wold be devastating for all of them specially to my wife and children.

What I am pleading to the court is to have some mercy as these times are very scary and dire for all of us and even more for people that have an advanced age such as myself.

I apologize for all my wrongs and for submitting the government to this case and any inconviniences that I might have caused in the past.  I have been a model inmate for all of my stay in the federal system and have been involved in rehabilitating my-

self thru different programs and educational classes in particular completing my G.E.D. as stated on the attached progress report. There are also additional classes that do not reflect in the report as the number is too long and the space is limited but your office can check with the B.O.P. to verify.

I am a pro se litigant, untrained in the art and science of the law and only have this means to communicate my factual situation as I cannot afford a lawyer to submitt any motion or needed paperwork for my situation.

Accordingly, I pray that you find it in your heart to have any compassion for myself and my current situation at this time that would help alliviate it.

Sincerely,

Leonardo Burgos
NO. 12308-196



**Individualized Reentry Plan - Program Review  (Inmate Copy)**   SEQUENCE: 01223803
Dept. of Justice / Federal Bureau of Prisons                         Team Date: 11-07-2018
Plan is for inmate: BURGOS-VALENCIA, LEONARDO   12308-196

| | | | |
|---|---|---|---|
| Facility: | DAL  DALBY CI | Proj. Rel. Date: | 12-06-2025 |
| Name: | BURGOS-VALENCIA, LEONARDO | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 12308-196 | DNA Status: | LOR02574 / 03-22-2011 |
| Age: | 65 | | |
| Date of Birth: | 03-03-1953 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| DEPORTATION, A#PENDING, MEXICO | null |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| NO ASSIGNMENTS | | | |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAL | ESL HAS | ENGLISH PROFICIENT | 07-10-2014 |
| DAL | GED SAT | GED PROGRESS SATISFACTORY | 05-08-2014 |
| DAL | GED XN | EXEMPT GED NON-PROMOTABLE | 11-05-2018 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LOR | W | K. SHIELDS SPGED M-F 0830-1030 | 09-08-2017 | 10-10-2018 |
| LOR | W | SPANISH GED M-F 0930 / SHIELDS | 08-04-2014 | 09-08-2017 |
| LOR | C | TYPING (KEYBOARDING) | 04-27-2017 | 06-29-2017 |
| LOR | C | ESL / K STOLZ / 730-930 M-F | 11-18-2013 | 07-10-2014 |
| LOR | C | EMPLOYMENT PREP/ERC/CR #1 | 11-27-2013 | 03-04-2014 |
| LOR | W | ESL / K STOLZ / 730-930 M-F | 12-20-2011 | 04-12-2012 |
| LOR | C | NUTRITION/FITNESS INDEP STUDY | 02-07-2012 | 02-27-2012 |
| LOR | C | BUSINESS LAW  INDEP.STUDY | 01-24-2012 | 02-08-2012 |
| LOR | C | BUSINESS MANAGE INDEP.STUDY | 12-20-2011 | 02-06-2012 |
| LOR | C | BUSINESS ACCOUNT INDEP.STUDY | 11-22-2011 | 01-17-2012 |
| LOR | W | ESL/CASAS K.STOLZ 0830-0930 | 03-04-2011 | 12-20-2011 |
| LOR | W | GED/EPC K.STOLZ 0730-0930 | 03-04-2011 | 12-20-2011 |
| LOR | C | INTRO TO BUS. INDEP.STUDY | 11-22-2011 | 12-13-2011 |
| LOR | C | INGLES CONVERSATIONAL/WED/CR.3 | 05-03-2011 | 10-04-2011 |
| LOR | W | ESL/CASAS K.STOLZ 1030-1130 | 01-11-2011 | 03-04-2011 |
| LOR | W | GED/EPC K.STOLZ 0930-1130 | 01-11-2011 | 03-04-2011 |
| LOR | W | ESL/CASAS K.STOLZ 0830-0930 | 05-27-2010 | 07-20-2010 |
| LOR | W | GED/EPC K.STOLZ 0730-0930 | 05-27-2010 | 07-20-2010 |
| LOR | W | ESL/CASAS K.STOLZ 1330-1430 | 04-20-2009 | 05-27-2010 |
| LOR | W | GED/EPC K.STOLZ 1230-1430 | 04-20-2009 | 05-27-2010 |
| LOR | C | LEATHER THURS 1800-2000 | 10-01-2009 | 12-03-2009 |
| LOR | C | CROCHET/ YARN; WEDNESDAY 1800 | 10-03-2009 | 12-05-2009 |
| LOR | C | CERAMICS MON 1800-2000 | 09-29-2009 | 12-01-2009 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-29-2010 |
| CARE2 | STABLE, CHRONIC CARE | 11-12-2008 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NOT MED CL | NOT MEDICALLY CLEARED | 10-29-2018 |

Sentry Data as of 11-07-2018      Individualized Reentry Plan - Program Review  (Inmate Copy)      Page 1 of 3