UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEONARDO B. VALENCIA ) | |
| PETITIONER ) | NO. CR-05-00125-TUC-DCB |
| V. ) | ADDENDUM TO MOTION FOR |
| UNITED STATES OF AMERICA ) | COMPASSIONATE RELEASE |
| RESPONDENT ) | |

COMES NOW, LEONARDO B. VALENCIA, PRO SE, AND FILES THE ABOVE STYLED MOTION.

AFTER SEVERAL ATTEMPTS TO GET HIS MEDICAL RECORDS IN THE PAST, "M.T.C." FINALLY ISSUED A COPY ON 06-19-2020.

ADDITIONALLY ON 06-10-2020, THERE WAS AN OUTBREAK OF COVID-19 AT THE PRISON WHERE HE IS HOUSED AND PRISON OFFICIALS HAVE FAILED TO NOTIFY THE POPULATION ON THE TOTAL NUMBER OF INFECTED INMATES. THE PRISON IS ALSO UNDER LOCKDOWN.

PETITIONER IS 67 YEARS OLD, WITH A HISTORY OF CANCER, HAS ONLY 1 KIDNEY AND HAS ALSO CARDIAC PROBLEMS. SHOULD HE WAS TO CONTRACT COVID-19, IT WOULD MOST LIKELY KILL HIM.

THIS COURT CAN APPRECIATE THE EMERGENCY AS THE RAPID SPREAD IN F.C.C. OAKDALE IN L.A. KILLED 26 INMATES AS OF APRIL 2020. (SEE B.O.P. WEBSITE)

ACCORDINGLY, PETITIONER RESPECTFULLY SUBMITTS HIS MEDICAL HISTORY DOCS. IN SUPPORT OF HIS EARLIER MOTION AND ADDITIONALLY REQUESTS THAT THIS COURT APPOINT THE PUBLIC DEFENDER TO ASSIST HIM IN ANY FURTHER PROCEEDINGS AS THE EMERGENCY AND UNPRECEDENTED CONDITIONS WARRANT ASSISTANCE TO THE LAY LITIGANT.

IF THERE IS OPPOSITION BY THE GOVERNMENT, PETITIONER REQUESTS THAT THIS HONORABLE COURT ORDER A PROMPT RESPONSE OF WITHIN 10 DAYS AFTER RECEIPT OF THE INSTANT MOTION.

RESPECTFULLY SUBMITTED,

*Leonardo Burgos* (signature)

LEONARDO B. VALENCIA
NO. 12308-196
805 N. AVENUE F
POST, TX 79356

DATED: 06-19-2020

## CERTIFICATE OF SERVICE

I LEONARDO, B. VALENCIA, certify that on, 06-19-2020, I mailed copies of the said petition to

---

## CLERK OF COURT

For the U.S. District Court of ARIZONA, I certify under the penalty of perjury that the foregoing statement is to be true and correct to the best of my knowledge.

28 U.S.C. §1746

Respectfully Submited,

*Leonardo Burgos V*
LEONARDO B. VALENCIA
NO. 12308-196