1  T.S. HARTZELL
   325 West Franklin Street, #103
2  Tucson, Arizona 85701
   (520) 792-8181
3  Arizona State Bar # 013862
   Pima County Computer # 64555
4  tshart@dakotacom.net

5  Attorney for Defendant Burgos-Valencia

6              IN THE UNITED STATES DISTRICT COURT

7                    DISTRICT OF ARIZONA

8  United States of America,        )
                                    )
9          Plaintiff,               )     05-cr-00125-001-TUC-DCB(BPV)
                                    )
10 vs.                              )     **SUPPLEMENT TO MOTION FOR**
                                    )     **COMPASSIONATE RELEASE PRIOR**
11 Leonardo Burgos-Valencia,        )     **TO SENTENCE EXPIRATION**
                                    )
12         Defendant.               )
   _____  )
13
          Defendant Burgos-Valencia, through counsel and pursuant to order of this Court (ECF
14
   # 1457), hereby supplements his prior motion for compassionate release (ECF # 1449) and
15
   continues to move the Court to reduce his sentence of 288 months and allow his immediate
16
   release pursuant to 18 U.S.C. § 3582(c)(1).
17
   Burgos-Valencia Is in a Contract Prison.
18
          Although not required by the Court's recent order, Burgos-Valencia wishes to point out
19
   he is being held in a contract prison, Giles W. Dalby, operated by Management and Training
20
   Corporation. The government's laudatory review of Bureau of Prisons' management strategies
21
   and programs does not apply to this private prison. The Department of Justice, Office of the
22
   Inspector General, inspected Giles W. Dalby and made certain conclusions and
23
   recommendations.[1]
24

25
   _____
26     [1]

27 https://oig.justice.gov/reports/remote-inspection-federal-bureau-prisons-contract-correctional
28 -institution-giles-w-dalby

## Leonardo Burgos-Valencia Is a Mexican Citizen

Mr. Burgos-Valencia will be transferred to I.C.E. custody at the end of his prison term and deported to Mexico.

## Medical Conditions

Leonardo Burgos-Valencia, a 67 year-old man, suffers from the following:

1. Nephrecotmy. Burgos-Valencia had a kidney removed as a result of cancer.

2. Hypertension. Burgos-Valencia has a history of hypertension, although currently well-controlled through the use of several medications.

3. Hyperlipidemia. This condition, too, is observed but under control at the moment.

4. Urinary and abdominal pain. This was still under investigation on the last medical report.

5. Enlarged prostate. Beginning late last year, Burgos-Valencia was prescribed tamulosin as treatment for an enlarged prostate.

6. Obesity. Mr. Burgos-Valencia last (6/16/2020) weighed 196 pounds. He is 5'4" tall. This gives him a body-mass index of 33.6. Any reading greater than 30.0 is considered obese.

## Enhanced Risks for Covid-19

The Center for Disease Control reports older individuals are at greater risk for complications from Covid-19. No exact cut-off age is given. "The risk for severe illness with COVID-19 increases with age, with older adults at highest risk."[2] The CDC continues to report that persons in Burgos-Valencia's age group are five times more likely than an 18 to 29 year-old to require hospitalization and 90 times more likely to die.

Overweight persons are more likely to suffer serious effects from Covid-19.

Having obesity, defined as a body mass index (BMI) between 30 kg/m2 and <40 kg/m2 or severe obesity (BMI of 40 kg/m2 or above), increases your risk of severe illness from COVID-19. Having overweight, defined as a BMI > 25 kg/m2 but

---

[2] CDC coronavirus website. https://www.cdc.gov/coronavirus/2019-ncov/

less than 30 kg/m2 might increase your risk of severe illness from COVID-19.[3]

The CDC also reports that hypertension, kidney disorders, cancer, and possibly a history of cancer, contribute to increased severity of Covid-19 symptoms and death. While Burgos-Valencia is not currently diagnosed with cancer, he has a history of cancer and warning signs for possibly impending prostate cancer.

While no single medical issue stands out as specially problematic, the totality of the medical circumstances show an obese, aging man with one kidney battling both chronic and age-related maladies. Several of his disorders put him at an increased risk for severe illness or death from Covid-19.

Conclusion

Today's Washington Post, afternoon on-line edition, discusses the apportioning of coronavirus vaccines when they become available. In that discussion, CDC and University of North Carolina researchers share some surprising data about obesity: "people with obesity were 113 percent more likely to be hospitalized, 74 percent more likely to be admitted to intensive care units and 48 percent more likely to die of covid-19."

Leonardo Burgos-Valencia is by no means at death's door. He has, however, done the lion's share of his very long sentence, and done it well. He fits into several categories of persons at high risk for Covid-19 complications, He is much more susceptible than most and asks the Court that he be allowed to return to Mexico to rejoin his family.

Dated November 30, 2020.

s/ T.S. Hartzell
T.S. Hartzell,
Attorney for Burgos-Valencia

---

[3] CDC website, *supra*.