

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. LEONARDO BURGOS-VALENCIA, AKA Senor, Defendant-Appellant. | No. 20-10438 D.C. No. 4:05-cr-00125-DCB-BPV-1 District of Arizona, Tucson ORDER |

Before: SCHROEDER, SILVERMAN, and MURGUIA, Circuit Judges.

The parties' joint motion to vacate and remand (Docket Entry No. 10) is granted. We vacate the district court's December 21, 2020, order and remand for for the district court to reassess appellant's motion for compassionate release under the standard set forth in *United States v. Aruda*, 993 F.3d 797, 802 (9th Cir. 2021) ("[T]he current version of U.S.S.G. § 1B1.13 is not an applicable policy statement for 18 U.S.C. § 3582(c)(1)(A) motions filed by a defendant." (internal quotation marks and alteration omitted)).

By this order, we express no opinion as to the merits of appellant's motion for compassionate release.

**VACATED and REMANDED.**