T.S. HARTZELL
325 West Franklin Street, # 103
Tucson, Arizona 85701
(520) 792-8181
Arizona State Bar # 013862
Pima County Computer # 64555
tshart@dakotacom.net

Attorney for Defendant Burgos-Valencia

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 05-cr-00125-001-TUC-DCB(BPV) |
| vs. | ) | SUPPLEMENTAL PLEADING ON COMPASSIONATE RELEASE MOTION REMAND |
| Leonardo Burgos-Valencia, | ) | |
| Defendant. | ) | |

Defendant Burgos-Valencia, through counsel, hereby submits this memorandum to assist the Court in determining the motion.

This Court denied Burgos-Valencia's motion for compassionate release because it found Burgos-Valencia was a danger to whatever community he might inhabit. The Court found this solely based on Burgos-Valencia's conviction for several offenses arising from long-term marijuana dealing.

The government did not suggest Burgos-Valencia was a danger. No evidence at trial supported a finding he was a danger. In fact, this Court ruled specifically at sentencing that it was not reasonably foreseeable to Mr. Burgos-Valencia that one of his codefendants would use a firearm in furtherance of the marijuana conspiracy and the Court sustained an objection to an enhancement for the codefendant's firearm.[1]

Extensive equities support release of Mr. Burgos-Valencia. The Court of Appeals found convictions for one marijuana conspiracy and the continuing criminal enterprise count placed Burgos-Valencia in double jeopardy and remanded the case to the trial court to dismiss one of

---

[1] RT, 10/06/2008; p. 10, l. 14 - p. 15, l. 6.

the two counts; the trial court dismissed the conspiracy and allowed the continuing criminal enterprise count to remain.  This choice deprived Burgos-Valencia of an Amendment 782, U.S.S.G., sentence reduction.  Another equity is Burgos-Valencia's compliance with the rules of prison, becoming a model prisoner.  A third is Burgos-Valencia's medical conditions.  Finally, Burgos-Valencia is serving 288 months for dealing solely in marijuana, a substance freely traded now by corporations in half these United States.

      Leonardo Burgos-Valencia trusts this Court has no need for the original sentence to be the right one, despite changes in the law, changes in society, and changes in the defendant.  Mr. Burgos-Valencia moves this Court to recognize the complete absence of any evidence he used violence or that violence in his business was foreseeable.  He asks the Court to reduce his sentence.

      Dated October 15, 2021.

                                          s/ T.S. Hartzell
                                          T.S. Hartzell,
                                 Attorney for Burgos-Valencia